UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Charmeen Denise Washington

Write the full name of each plaintiff.

_____CV_____

(Include case number if one has been assigned)

-against-

Nurse Ortiz of
26 Bleeker street Planned
Parent hood, New York, NY.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Code of Honor, Negligence with a pregnate Adult female

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff,  _Charmeen Denise Washington_, is a citizen of the State of
(Plaintiff's name)

_New York State_

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_New York State_ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____*Nurse Ortiz*_____, is a citizen of the State of
(Defendant's name)

_____*New York State*_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____*New York State*_____.

If the defendant is a corporation:

The defendant, _____*Nurse Ortiz*_____, is incorporated under the laws of

the State of _____*New York State*_____

and has its principal place of business in the State of _____*New York State*_____

or is incorporated under the laws of (foreign state) *Medical Oath , Pursuit of Happiness*

and has its principal place of business in _____*New York State*_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_____*Charmeen*_____ _____*V.*_____ _____*Washington*_____
First Name                Middle Initial        Last Name

_____*343 W 45th Street*_____
Street Address

_____*USA , NYC,*_____ _____*NYS,*_____ _____*10035*_____
County, City                State              Zip Code

_____*646 - 623 - 0151*_____ _____*Charmeenwashington@gmail.com*_____
Telephone Number                  Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  *OnHE*

First Name    Last Name

*RN*

Current Job Title (or other identifying information)

*26 Bleeker Street*

Current Work Address (or other address where defendant may be served)

*USA , New York City , N.Y.S. , 10062*

County, City    State    Zip Code

Defendant 2:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3:

First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 4:

_____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  _26 Bleeker Street, New York, N.Y._

Date(s) of occurrence:  _December of year 2020_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_Nurse Ortiz gave me a ultrasound Before my Abortion with my first pregnacy and did Not inform me of the several live Implants she seen on the Images, so that I can request for a Nurologist to stop the Abuse from other Nerologist to Me and my unborn child._

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

More Illegal Implants shoved in to my lungs and stomach with removing my first child.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

500,000.00 for Code of Honor Breach.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 10/29/2015 | Charmeen Washington |
| Dated | Plaintiff's Signature |
| Charmeen P. | Washington |
| First Name    Middle Initial | Last Name |
| 343 W 44th Street | |
| Street Address | |
| USA    New York City    NYS,    10035 | |
| County, City    State    Zip Code | |
| 646-623-0151 | Charmeenwashington@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.